UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-234-WYD-OES

BARBARA FREEMAN,

    Petitioner,

v.

JOSEPH ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS,

    Respondent.

___

**ORDER OF REFERENCE PURSUANT TO 28 U.S.C. § 636(c)**
___

    Pursuant to D.C.COLO.LCivR 72.2 on the 1st day of July, 2005, Magistrate Judge Schlatter notified the court of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge.  Now, therefore, being sufficiently advised,

    IT IS ORDERED as follows:

1. The above action is referred for disposition to a magistrate judge pursuant to 28 U.S.C. § 636(c);

2. The above action will be randomly assigned to a magistrate judge selected by random draw, excluding Magistrate Judge Schlatter; and

3. Upon such reassignment, the above case number will be amended to reflect the magistrate judge to whom the case is reassigned.

Dated:  July 11, 2005

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge

## NOTICE OF REASSIGNMENT

Pursuant to the above order, this civil action is reassigned to United States Magistrate Judge _____.

Gregory C. Langham, Clerk


by_____, Deputy Clerk