IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00234-BNB-OES

BARBARA FREEMAN,

       Applicant,

v.

JOSEPH ORTIZ, Executive Director, Colorado Department of Corrections,

       Respondent.

ORDER DENYING CERTIFICATE OF APPEALABILITY

Boland, Magistrate Judge

       Applicant has filed a notice of appeal from this court's final order denying her Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

       ORDERED that a certificate of appealability will not be issued.

       DATED March 2, 2006, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Boyd N. Boland
                                    United States Magistrate Judge